IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00860-WYD-KMT

TROY HARPER,

    Plaintiff,

v.

CAPITAL MANAGEMENT SERVICES, L.P., a Delaware limited partnership,

    Defendant.

## ORDER

    THIS MATTER is before the Court on plaintiff, Troy Harper's, Notice Of Dismissal With Prejudice [ECF No. 9], filed on April 25, 2013.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, this action should be dismissed with prejudice.  Accordingly, it is

    ORDERED that the above captioned case is **DISMISSED WITH PREJUDICE**.  Each party shall bear its own attorney fees and costs.

    Dated: May 6, 2013.

                            BY THE COURT:

                            <u>/s/ Wiley Y. Daniel</u>
                            Wiley Y. Daniel
                            Senior U.S. District Judge